It is So Ordered.
*/s/ John R. Adams*
U.S. District Judge
March 15, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO. 5:22-CV-1408 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| Vs. | ) | |
| | ) | |
| SHREE KRISHNA, INC., | ) | **STIPULATION DISMISSAL ENTRY** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

APPROVED:

**/s/ COLIN G. MEEKER**
Colin G. Meeker (#0092980)
Blakemore, Meeker & Bowler Co., L.P.A.
495 Portage Lakes Dr.
Akron, OH 44319
Office: (330) 253-3337
Fax: (330) 253-4131
cgm@bmblaw.com

Attorney for Plaintiff, Derek Mortland

APPROVED:

**/s/ SAMUEL N. LILLARD**
Samuel N. Lillard (#0040571)
Ogletree Deakins
Galleria at PNC Plaza
20 South Third Street
Columbus, OH 43215
Office: (614) 494-0411
sam.lillard@ogletree.com

Attorney for Defendant Shree Krishna, Inc.